**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 20, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-21024
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JAMES KEVIN ESMOND, also known as Tracy L. Eubanks,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-652-1
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for James Kevin Esmond has moved
for leave to withdraw from this appeal and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Esmond
has received a copy of counsel's motion and brief but has not
filed a response.  Our independent review of the brief and the
record discloses no nonfrivolous issue.  Accordingly, counsel's
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See 5TH CIR. R. 42.2.